

**Mintzer Sarowitz Zeris Ledva & Meyers LLP**

ATTORNEYS AT LAW
www.DefenseCounsel.com

39 Broadway
Suite 950
New York, NY 10006
Tel: 212.968.8300
Fax: 212.968.9840

E-mail: tdarmody@defensecounsel.com

File No. 003976.000001

February 4, 2020

*Via E-Filing*
District Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007



**MEMO ENDORSED**

RE: **SUSAN PETERSEN v. 234 WEST 48 LLC, THE GALLIVANT TIMES SQUARE, INTERSTATE HOTELS & RESORTS, INC., INTERSTATE MANAGEMENT COMPANY, LLC, and INTERSTATE OPERATING COMPANY, LP**
**Docket No. 19-cv-5063 (KPF)**

Dear Honorable Madam:

We represent the defendants in the captioned matter. We are currently scheduled to appear for a pre-trial conference on February 11, 2020 at 3:30 p.m. The parties have completed all initial discovery other than the defendant's deposition, which is now scheduled for March 5, 2020. It is anticipated that this deposition will take place as scheduled, however there may be some additional post-deposition discovery following the deposition.

This letter is submitted as our first joint application to the Court respectfully requesting a 60 day extension of time to complete fact discovery in this matter. As such, the parties are jointly requesting that the time to complete all fact discovery be extended until May 1, 2020. The parties also believe that a pre-trial conference held in the beginning of May would be more fruitful. Please advise if this is an acceptable request.

Thank you for your courtesy and cooperation.

Respectfully yours,

THOMAS G. DARMODY (TGD 8368)

TGD/bms

cc: Harris Marks, Esq.
Rubenstein & Rynecki,
Attorneys for Plaintiff

Application GRANTED IN PART AND DENIED IN PART. Fact discovery in this matter closed on January 17, 2020. (See Dkt. #10). The parties have provided the Court with no explanation for why fact discovery was not completed within the time allotted, nor for why the parties will need almost 2 months following defendant's deposition to complete fact discovery. The deadline for the close of fact discovery is hereby ADJOURNED to **March 20, 2020**. The pretrial conference previously scheduled for February 11, 2020, is hereby ADJOURNED to **March 31, 2020, at 10:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

No further extensions will be granted.

Dated: February 4, 2020　　　　　　SO ORDERED.
　　　　New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE