UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN PETERSEN,<br><br>     Plaintiff,<br><br>  -v.-<br><br>234 WEST 48, LLC, *et al*,<br><br>     Defendants. | 19 Civ. 5063 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

  On December 18, 2020, the Court referred the parties to Magistrate Judge Lehrburger for a further settlement conference. The Court has been informed that the parties have been unable to reach a settlement. Accordingly, the parties are ORDERED to file a letter with the Court on or before **March 11, 2021**, discussing proposed next steps.

  SO ORDERED.

Dated: February 25, 2021
     New York, New York

                     *[signature]*
                     KATHERINE POLK FAILLA
                     United States District Judge