UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN PETERSEN<br><br>      Plaintiff,<br><br>    -v.-<br><br>234 WEST 48, LLC, INTERSTATE HOTELS AND RESORTS INC., INTERSTATE MANAGEMENT COMPANY LLC, INTERSTATE OPERATING COMPANY, L.P., and THE GALLIVANT TIMES SQUARE,<br><br>      Defendants. | 19 Civ. 5063 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  As discussed with the parties during the pretrial conference held on March 24, 2021, trial is scheduled to begin in this matter on December 6, 2021, subject to the Court's centralized calendaring system for jury trials. Accordingly, it is hereby ORDERED that the following trial schedule will be in effect:

- Trial will be set to begin on **December 6, 2021, at 9:00 a.m.**;

- The parties' respective jury charge requests, proposed voir dire questions, and any motions in limine will be due **November 1, 2021**;

- Any opposition papers to motions in limine will be **November 8, 2021**; and

- The final-pretrial conference will be scheduled for **November 17, 2021, at 10:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: March 25, 2021
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge