

**Mintzer Sarowitz Zeris Ledva & Meyers LLP**

ATTORNEYS AT LAW

www.DefenseCounsel.com

39 Broadway
Suite 950
New York, NY 10006
Tel: 212.968.8300
Fax: 212.968.9840

E-mail: tdarmody@defensecounsel.com

File No. 003976.000001

November 1, 2021

*Via E-Filing*
District Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007



**RE:  SUSAN PETERSEN v. 234 WEST 48 LLC, THE GALLIVANT TIMES SQUARE, INTERSTATE HOTELS & RESORTS, INC., INTERSTATE MANAGEMENT COMPANY, LLC, and INTERSTATE OPERATING COMPANY, LP**
**Docket No. 19-cv-5063 (KPF)**

Dear Judge Failla:

We represent the defendants in the captioned matter. I am writing concerning the trial of this matter. As the Court is aware, this case is currently scheduled for a jury trial during the week of December 6, 2021. In the most recent correspondence from the court, we were advised that it is quite possible that the trial may not take place during that week.

We advised our expert liability witness, Dr. William Marletta, of this trial date and the uncertainty of whether the case would proceed at that time or not. We have now been advised that Dr. Marletta is scheduled to testify in a separate trial during that same week, although the dates are not certain at this time. While the defendants are prepared to proceed with our fact witnesses, we are placed in a situation of seeking a very short adjournment of the trial to accommodate the schedule of our expert witness.

I am still attempting to find out exactly what days Dr. Marletta will be on trial in his other action and I am hopeful that some accommodation can be made concerning his testimony, but I am also mindful of the Court's schedule and plaintiff's need to travel to New York from out of state.

_____

*Philadelphia, PA ● Pittsburgh, PA ● Cherry Hill, NJ ● New York, NY ● Hicksville, NY ● Wilmington, DE*
*Miami, FL ● Tampa, FL ● Jacksonville, FL ● Towson, MD (Serving Washington DC) ● Wheeling, WV*

November 1, 2021
Page 2

Thank you for your courtesy and cooperation.

Respectfully yours,

*Thomas G. Darmody*

THOMAS G. DARMODY (TGD 8368)

TGD/bms

```
The Court is in receipt of Defendants' above letter.

Given the uncertainty surrounding both the availability of Defendants'
expert witness and the trial date in this matter, the Court believes
that Defendants' request for an adjournment of the trial is premature.
Accordingly, Defendants' request is DENIED without prejudice to renew.

Defendants are directed to provide the exact dates and times that their
expert witness is unavailable as part of any future application to
adjourn the trial.

The Clerk of Court is directed to terminate the motion at docket entry
40.



Dated:   November 2, 2021            SO ORDERED.
         New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

9875196